# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN M. HEINZ, and RON HEINZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 8:08CV369 |
| vs. ) | |
| ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion for an amendment of the final progression order (Filing No. 39). The motion will be granted.

**IT IS ORDERED:**

1. The defendant's motion for an amendment to the final progression order (Filing No. 39) is granted.

2. The final pretrial conference in this matter is rescheduled for **February 11, 2010, at 9:00 a.m.**

DATED this 21st day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge